**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION -- PIKEVILLE**

| | |
|---|---|
| **M.L. JOHNSON FAMILY PROPERTIES, LLC,** | **CIVIL NO. 7:16-CV-6-KKC** |
|     **Plaintiff,** | |
| **v.** | **JUDGMENT** |
| **RYAN ZINKE, SECRETARY OF THE INTERIOR,** | |
|     **Defendant,** | |
| **and** | |
| **PREMIER ELKHORN COAL LLC,** | |
|     **Defendant-Intervenor.** | |

**\*\*\* \*\*\* \*\*\***

In accordance with the order entered on this date, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. judgment is entered in favor of Defendant Ryan Zinke, Secretary of the Interior, and Defendant-Intervenor Premier Elkhorn Coal LLC;

2. the decision of the United States Department of the Interior Office of Hearings and Appeals, (AR 1149-1177), is **AFFIRMED**;

3. this matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4. this judgment is **FINAL** and **APPEALABLE**.

Dated March 21, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY